IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00815-MSK-MEH

ROCKY MOUNTAIN MORTGAGE SPECIALISTS, INC.,

    Plaintiff,

v.

FIRST AMERICAL REAL ESTATE INFORMATION SERVICES, INC.,
d/b/a First American Credco,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 16, 2007.**

    Plaintiff's Unopposed Motion for Leave to File Amended Complaint [Filed July 13, 2007; Docket #7] is **granted**. Nevertheless, Plaintiff's proposed Second Amended Complaint does not comply with the Local Rules. Plaintiff shall file its Second Amended Complaint on or before **July 23, 2007**, to be titled "Second Amended Complaint," and formatted in compliance with D.C.Colo.L.Civ.R. 10.1